NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LEE COUNTY, a political subdivision   )
of the State of Florida,   )
   )
      Appellant,   )
   )
v.   )   Case Nos.  2D17-163
   )              2D17-4640
DONNA WARD and GLENN JOHNSON,   )
   )   <u>CONSOLIDATED</u>
      Appellees.   )
_____)

Opinion filed January 2, 2019.

Appeals pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Lee County;
Elizabeth V. Krier, Judge.

Sacha Dyson and Gregory A. Hearing of
Thompson, Sizemore, Gonzalez & Hearing,
P.A., Tampa, for Appellant.

Benjamin H. Yormak of Yormak Employment
& Disability Law, Bonita Springs, for
Appellees.


PER CURIAM.


      Affirmed.


VILLANTI, LUCAS, and ATKINSON, JJ., Concur.